## MARC R. PAGE *v.* COMMISSIONER OF CORRECTION

The petitioner Marc R. Page's petition for certification for appeal from the Appellate Court, 63 Conn. App. 908 (AC 20770), is denied.

*Del Atwell*, special public defender, in support of the petition.

*Michele C. Lukban*, assistant state's attorney, in opposition.

Decided July 10, 2001

## MARY LIROT *v.* MASHANTUCKET PEQUOT GAMING ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 62 Conn. App. 908 (AC 20637), is denied.

*Mario Mendela-Gandhi*, in support of the petition.

*Theodore M. Pappas*, in opposition.

Decided July 17, 2001